# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

**CR 19 0511**

JOSEPH HOLMES,

**WHO**

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(o) – Possession of Machineguns;
26 U.S.C. § 5861(d) – Possession of Unregistered Silencer;
18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) § 26 U.S.C. § 5872; 49 U.S.C. § 80303 –
Forfeiture Allegation

FILED
OCT -8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

A true bill.    True Bill,
_____ Foreman

Filed in open court this ___8___ day of
October 2019
Ada Means, Clerk

NO BAIL WARRANT   Bail, $
Jacqueline Scott Corley
United States Magistrate Judge

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(o) - Possession of Machineguns (Count One);
26 U.S.C. § 5961(d) - Possession of Unregistered Silencer (Count Two)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum term of imprisonment: 10 years; Maximum fine: $250,000 fine; Maximum term of supervised release: 3 years; Mandatory $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
Joseph Holmes

DISTRICT COURT NUMBER
CR 19 0511

FILED
OCT -8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

WHO

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
San Mateo County

Has detainer been filed?   ☐ Yes  ☐ No   If "Yes" give date filed ____

DATE OF ARREST ▶ Month/Day/Year ____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year ____

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
HSI

☐ person is awaiting trial in another Federal or State Court, give name of court ____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District ____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO. ____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. ____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ____

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Lina Peng

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:
____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____   Before Judge: ____

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

FILED
OCT -8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19 0511 WHO |
|---|---|
| Plaintiff, | ) VIOLATION: |
| v. | ) 18 U.S.C. § 922(o) – Possession of Machineguns; |
|  | ) 26 U.S.C. § 5861(d) – Possession of Unregistered Silencer; |
| JOSEPH HOLMES, | ) 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c); 26 U.S.C. § 5872; 49 U.S.C. § 80303 – Forfeiture Allegation |
| Defendant. | ) |
|  | ) San Francisco |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(o) – Possession of Machineguns)

On or about June 20, 2019, in the Northern District of California, the defendant,

JOSEPH HOLMES,

did knowingly possess machineguns, namely four full automatic conversion switches for a Glock-style firearm, all in violation of Title 18, United States Code, Section 922(o).

COUNT TWO:        (26 U.S.C. § 5861(d) – Possession of Unregistered Silencer)

On or about June 20, 2019, in the Northern District of California, the defendant,

JOSEPH HOLMES,

INDICTMENT

knowingly possessed a silencer, as defined, that is, a silencer consisting of multiple baffles attached to a Palmetto State Armory, Turkeyday, 5.56x45 mm caliber firearm with marking "GOBBLE0577," and knew, and was aware of, the characteristics of the silencer, which was not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

FORFEITURE ALLEGATION:  (18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 26 U.S.C. § 5872; 49 U.S.C. § 80303)

The allegations contained above are re-alleged and incorporated by reference herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, Title 49, United States Code, Section 80303 and Title 28, United States Code, Section 2461(c).

Upon conviction for the offense alleged in Count One, the defendant

JOSEPH HOLMES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

  a. Four full automatic switches for a Glock-style firearm seized on or about June 20, 2019.

Upon conviction for the offense alleged in Count Two, the defendant,

JOSEPH HOLMES,

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 49, United States Code, Section 80303, any firearm and conveyance involved in the commission of the offense, including, but not limited to, the following property:

  a. A silencer consisting of multiple baffles attached to a Palmetto State Armory, Turkeyday, 5.56x45 mm caliber firearm with marking "GOBBLE0577" seized on or about June 20, 2019.

If any of the property described above, as a result of any act or omission of the defendant:

  a.   cannot be located upon exercise of due diligence;

INDICTMENT                                2

|   |   |   |
|---|---|---|
| b. | has been transferred or sold to, or deposited with, a third party; |
| c. | has been placed beyond the jurisdiction of the court; |
| d. | has been substantially diminished in value; or |
| e. | has been commingled with other property which cannot be divided without difficulty, |

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924, Title 26, United States Code, Section 5872, Title 49, United States Code, Section 80303, Title 28, United States Code, Section 2461, and Rule 32 of the Federal Rules of Criminal Procedure.

DATED:

10/8/19

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
LINA PENG
Assistant United States Attorney

INDICTMENT                                                    3